**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FILED
2012 SEP 19 PM 4: 07
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**UNITED STATES OF AMERICA**

VS.  CASE NO: 6:10-cr-30-Orl-22DAB

**TOMMIE DIXON**

---

### ORDER

This matter came before the Court on September 10, 2012, for consideration of the Report and Recommendation rendered by the United States Magistrate Judge (Doc. No. 25), after a Final Supervised Release Revocation Hearing on a Petition on Supervised Release filed by the Probation Officer on June 28, 2012 (Doc. No. 14). Defendant was represented at the hearing by Peter Kenny, Esq. Having heard from the parties, it is ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 25) is ADOPTED AND APPROVED. The Petition on Supervised Release (Doc. No. 14) is GRANTED.

2. The defendant is reinstated to supervision; however, the terms of supervision are modified to include the following special conditions:

    a) The defendant shall be placed on a curfew for a period of 90 days. During this time, the defendant shall remain at his place of residence between the hours of 6:00 p.m. and 6:00 a.m. each day unless granted permission in advance by the Probation Office.

    b) The defendant shall wear an electronic monitoring device for the first 30 days of curfew. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Office based on ability to pay.

3.  All conditions previously set pursuant to the judgment filed on November 6, 1992 in case number 6:92-cr-35-Orl-19DAB, except as modified herewith, shall remain in effect.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 19, 2012.

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services